CATHERINE E. AROSTEGUI, SBN 118756
CHRISTOPHER HAMMER, SBN 272543
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:     (916) 325-2100
Facsimile:      (916) 325-2120
Email:            CArostegui@beesontayer.com
                     CHammer@beesontayer.com

Attorneys for Plaintiff
NORTHWEST ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>                                        Plaintiff,<br><br>              v.<br><br>EL CAMINO PAVING, INC.,<br><br>                                        Defendant. | Case No. 3:09-cv-04406-CRB<br><br>**[PROPOSED]** ORDER REQUIRING APPEARANCE AND EXAMINATION OF STEPHANIE ALVA, BUSINESS REPRESENTATIVE OF JUDGMENT DEBTOR, EL CAMINO PAVING, INC.<br><br>Date:           July 24, 2015<br>Time:          9:00 a.m.<br>Location:    United States District Court<br>                   450 Golden Gate Ave<br>                   Courtroom G,  15th Floor<br>                   San Francisco, CA 94102<br>Judge:         Chief Magistrate Judge<br>                   Joseph C. Spero |

   **NOTICE TO STEPHANIE ALVA**.  You were personally served on June 8, 2015 at the registered business address of EL CAMINO PAVING, INC. with a court order to appear on June 19, 2015 at 9:00 a.m., in the Courtroom of Chief Magistrate Judge Joseph C. Spero, of the United States District Court for the Northern District of California, located at 450 Golden Gate Ave, Courtroom G, 15th Floor, San Francisco, CA 94102.

   **YOU FAILED TO APPEAR AS ORDERED BY THIS COURT OR TO COMMUNICATE ANY GOOD CAUSE REASON FOR YOUR ABSENCE.**  The judgment creditor has asked that you be found in contempt of court and for a warrant for your arrest for violation of the court order.  You have one more chance to appear on July 24, 2015, at 9:00

---

1

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION
Case No. 3:09-cv-04406-CRB

Proposed Order.doc

1  a.m., Courtroom G, 15th Floor, of the United States District Court for the Northern District of
2  California, located at 450 Golden Gate Ave, San Francisco, CA 94102.
3      IF YOU FAIL TO APPEAR AGAIN, A CONTEMPT HEARING TO
4  SHOW CAUSE WILL BE HELD AND A WARRANT FOR YOUR ARREST
5  MAY BE ISSUED.

7  Dated: _____June 24, 2015_____     _____
8                                          JOSEPH
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION             Proposed Order.doc
Case No. 3:09-cv-04406-CRB