UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff.<br><br>v.<br><br>EL CAMINO PAVING, INC.,<br><br>Defendant. | Case No. 09-cv-04406-CRB   (JCS)<br><br>**ORDER TO SHOW CAUSE WHY STEPHANIE ALVA SHOULD NOT BE HELD IN CONTEMPT, SANCTIONED, AND ARRESTED**<br><br>**Date: August 14, 2015**<br>**Time: 2:00 PM**<br>**Location: 450 Golden Gate Ave., 15th Floor, San Francisco, CA** |

IT IS HEREBY ORDERED that Stephanie Alva appear on **August 14, 2015, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why she should not be held in contempt of Court for her failure to appear on June 19, 2015, and July 24, 2015, pursuant to this Court's orders, why she should not be sanctioned for her failure to appear at the Order for Judgment Debtor Exam scheduled for June 19, 2015, and July 24, 2015, and why an arrest warrant for her failure to appear should not issue, or in the alternative, Stephanie Alva may submit herself to an examination on **August 14, 2015, at 2:00 p.m.** Plaintiff is Ordered to serve a copy of this Order on Stephanie Alva.

IT IS SO ORDERED.

Dated: July 28, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge